**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ASTROTECH STEELS PRIVATE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | **Court No.  20-00046** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to a three-judge panel consisting of Chief Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves and Judge M. Miller Baker.

                /s/ Timothy C. Stanceu
                Timothy C. Stanceu
                Chief Judge

DATED:    March 11, 2020