## UNITED STATES COURT OF INTERNATIONAL TRADE

Before:  **Timothy C. Stanceu, Chief Judge**
**Jennifer Choe-Groves, Judge**
**M. Miller Baker, Judge**

| | |
|---|---|
| **ASTROTECH STEELS PRIVATE LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES, et al.,**<br><br>Defendants. | **Court No. 20-00046** |
| **TRINITY STEEL PRIVATE LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES, et al.,**<br><br>Defendants. | **Court No. 20-00047** |
| **NEW SUPPLIES CO., INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES, et al.,**<br><br>Defendants. | **Court No. 20-00048** |

## ORDER

It is hereby **ORDERED** that, per the consent of the parties in each of the above-captioned actions, these matters are **STAYED** for all purposes pending further order of the court, **except that** it is

**Court No. 20-00046, Court No. 20-00047, Court No. 20-00048**                 **Page 2**

 **FURTHER ORDERED** that the stays do not apply to the orders entered in each of the above-captioned actions (ECF 29, 25, and 24, respectively) on March 30, 2020, requesting supplemental briefing on the American Steel Nail Coalition's motions to intervene.

/s/ *Timothy C. Stanceu*
Chief Judge

/s/ *Jennifer Choe-Groves*
Judge

/s/ *M. Miller Baker*
Judge

Dated: March 30, 2020
  New York, New York