## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
## THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
## THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| Astrotech Steels Private Limited,<br><br>　　　Plaintiff,<br><br>　　　　　　　v.<br><br>The United States *et al.*,<br><br>　　　Defendants. | Ct. No. 20-00046 |
| Trinity Steel Private Limited,<br><br>　　　Plaintiff,<br><br>　　　　　　　v.<br><br>The United States *et al.*,<br><br>　　　Defendants. | Ct. No. 20-00047 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: February 9, 2024

Respectfully submitted,

*/s/ Jordan C. Kahn*
Jordan C. Kahn

**GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT, LLP**
1201 New York Avenue NW Ste 650
Washington, DC 20005-3917
Tel: (202) 783-6881
Fax: (202) 783-0405
Email: jkahn@gdlsk.com

*Counsel to Astrotech Steels Private Limited and Trinity Steel Private Limited.*

OF COUNSEL:
KENNETH KESSLER
RACHEL MORRIS
Department of Commerce
Office of Chief Counsel
for Industry & Security
U.S. Department of Commerce

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan TARA
K. HOGAN
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station Washington, D.C. 20044
Tel: (202) 307-0184
Email: Meen-Geu.Oh@usdoj.gov
*Attorneys for Defendant*

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00046 | Astrotech Steels Private Limited |
| 20-00047 | Trinity Steel Private Limited |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                    Clerk, U. S. Court of International Trade

                                    By: _____
                                                   Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)